AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle Andrew Reed Phillips<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

Jul 16 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Case No. 3:26-mj-70959 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 31, 2026 _____ in the county of _____ Sonoma _____ in the _____ Northern _____ District of _____ California _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography<br><br>Penalties:<br>20 years' imprisonment<br>$250,000 fine<br>5 year (min) to lifetime (max) term of supervised release<br>$5,100 special assessment<br>Forfeiture |

This criminal complaint is based on these facts:

See attached affidavit from HSI Special Agent Kevin Tighe

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Kevin Tighe, HSI Special Agent
*Printed name and title*

Approved as to form on July 15, 2026
AUSA Anupam Dhillon

Sworn to before me and signed in my presence.

Date: _____ 07/15/2026 _____

*Judge's signature*

City and state: _____ San Francisco, California _____

The Hon. Peter H. Kang, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## AN ARREST WARRANT AND A CRIMINAL COMPLAINT

I, Kevin Tighe, a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), being duly sworn, hereby declare and state as follows:

## INTRODUCTION

1.       This Affidavit is made in support of an application for a Criminal Complaint and Arrest Warrant charging Kyle Andrew REED PHILLIPS with Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), on or about April 2, 2026, in the Northern District of California.

## SOURCES OF INFORMATION

2.       The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses.  Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part.  Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3.       Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal Complaint and arrest warrant, I have not included every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal Complaint and arrest warrant.  My understanding of the facts and circumstances of the case may evolve as the investigation continues.

1

## AFFIANT BACKGROUND

4.      I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2510.  I am currently employed by HSI as a Special Agent.  I have been so employed since November 2025, and I am presently assigned to HSI Santa Rosa.  I was previously employed, from February 2025 to October 2025 as a financial investigator for a contracting company that provided financial investigative resources to the Drug Enforcement Administration ("DEA").  I was employed as a Special Agent with Internal Revenue Service - Criminal Investigation ("IRS-CI") from August 1995 to June 2014 and September 2017 to January 2025.  I was employed as a Special Agent with the Department of Transportation - Office of the Inspector General from June 2014 to September 2016.  I was employed by the Special Inspector General for the Troubled Asset Relief Program from September 2016 to September 2017.  From approximately September 2020 to January 2025 while employed at IRS-CI, I was assigned to work as a Task Force Agent with the DEA Narcotics and Financial Investigations Task Force in San Francisco, California where I received cross-designation authority to conduct investigations, to execute search warrants, and to make arrests for criminal violations of the Controlled Substances Act and the Controlled Substances Import and Export Act.

5.      In May 1996, I graduated from the Federal Law Enforcement Training Center (FLETC), where I received over 600 hours of training pertaining to criminal investigative techniques, searches and seizures, as well as income tax, money laundering, bank secrecy act and asset forfeiture violations.

2

6.       During my tenure as an HSI Special Agent, I have participated in enforcement activities related to child exploitation and have been introduced to child exploitation investigations.  I have consulted with experienced law enforcement officers who have received advanced training in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for accessing, receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct (hereafter referred to as "child pornography").  I have discussed with experienced law enforcement officers the techniques and procedures used by individuals to exploit children.  I have participated in aspects of child exploitation investigations including document analysis and records research, physical surveillance, and the executions of federal search warrants.  I have consulted with experienced law enforcement officers who have received training in the area of child pornography and child exploitation and who have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A), and also referred to in this Affidavit as "child sexual abuse material" or "CSAM") in all forms of media including computer media.

7.       As an HSI Special Agent, I am authorized by law to conduct investigations, to execute search warrants, and to make arrests for violations of federal law, including 18 U.S.C. §§ 2252 and 2252A, as well as other offenses related to child pornography.  I am an investigator and law enforcement officer of the United States with the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of federal law, including offenses set forth in 18 U.S.C. § 2252.

## APPLICABLE STATUTE

8.       18 U.S.C. § 2252(a)(4)(B) provides that any person who knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been

3

shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if—(i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct; shall be punished as provided in subsection (b) of this section.

## STATEMENT OF PROBABLE CAUSE

9.      In or around February 2026, HSI received information that REED PHILLIPS was a participant in a chat on an online messaging platform, Kik, where individuals discussed and distributed CSAM.

10.     Law enforcement officers, including myself, confirmed that REED PHILLIPS resides in the Northern District of California and that evidence relating to the possession and distribution of CSAM was likely to be found at his residence.

11.     On March 31, 2026, the Honorable Lisa J. Cisneros, United States Magistrate Judge, signed a search warrant for REED PHILLIPS and his residence, located at 1032 Bellevue Avenue, Apartment 3055, Santa Rosa, California, 95407.  *See* 3:26-mj-70365 LJC.

12.     On April 2, 2026, law enforcement officers, including myself, executed the search warrant at REED PHILLIPS' residence.

13.     During the execution of this search warrant, REED PHILLIPS and another person, Person-1, were present at the residence.  Law enforcement officers attempted to interview REED PHILLIPS and read him his *Miranda* rights.  REED PHILLIPS did not waive his *Miranda* rights and was not interviewed by law enforcement officers.  Law enforcement officers interviewed Person-1 who, post *Miranda*, informed officers that he was visiting and did not live at the apartment.

14.     During the execution of this search warrant, law enforcement officers found and seized four electronic devices associated with REED PHILLIPS that included a Samsung Galaxy

4

A16 smart phone. I believe that REED PHILLIPS had dominion and control of this device for the following reasons. When Person-1 was interviewed during the search warrant they identified a different electronic device as their phone . During the execution of the search warrant, law enforcement officers observed and photographed a receipt for the purchase of a Samsung Galaxy A16 phone that was issued to REED PHILLIPS. During a subsequent forensic review of the Samsung Galaxy A16 smart phone I observed that the device was named, "Kyle's A16" and I observed several images of REED PHILLIPS himself and of a California Identification Card that was issued to REED PHILLIPS on it.

15.     During the execution of this search warrant, law enforcement officers, an HSI computer specialist and a detected from the Santa Rosa Police Department, conducted a manual review of the Samsung Galaxy A16 smart phone and observed Child Sexual Abuse Material (CSAM) on it. The observed CSAM consisted of numerous videos and images that included a video of an infant girl getting a toothbrush shoved inside of her vagina.

16.     During the execution of the search warrant, Santa Rosa Police law enforcement officers arrested REED PHILLIPS for State of California child exploitation violations and took him into custody.[1]

17.     Subsequent to the execution of the search warrant, I, with the assistance of an HSI computer specialist conducted a partial forensic review of the Samsung Galaxy A16 smart phone that was found and seized from REED PHILLIPS' residence pursuant to the search warrant that was executed on April 2, 2026. During this review, I identified over 900 electronic files, approximately 521 images and 418 videos, that contained CSAM. The following four descriptions of electronic files that contained CSAM are provided for illustrative purposes:

---

[1] REED PHILLIPS was initially released from custody following an appearance in state court; however, his bail was subsequently revoked on May 15, 2026 after Santa Rosa Police Department law enforcement officers conducted a pre-trial search at his residence and discovered that he had conducted pornographic and CSAM related web searches on his cellular phone. REED PHILLIPS is currently incarcerated at the Sonoma County Main Adult Detention Facility in Santa Rosa, California.

a)     Illustrative File 1 is an approximately 11 second video that depicts a naked prepubescent female, lying on a towel. The prepubescent female is blindfolded, and her forearms are tied together above her head while her legs are spread open and exposing her vagina. A dog licks the prepubescent female's genital area during the course of the video and, at the end, the dog stops licking the prepubescent female and an adult's hand is observed tapping on the prepubescent female's body in the area of her genitalia.

b)     Illustrative File 2 is an approximately 61 second video that depicts an infant, of an unknown gender, wearing a long-sleeved white polka dot garment, lying on its side. An adult male is lying on his side next to the infant. The adult's pants and underwear are pulled down to his ankles and his penis is exposed. The adult places his penis in the infant's mouth and uses his hand and body to thrust his penis back and forth in the infant's mouth.

c)     Illustrative File 3 is an approximately 123 second video that depicts a prepubescent female minor wearing only a white shirt lying on her back with her vagina exposed. A pink dildo is inserted, pushed, held and then removed from her vagina by and unidentified adult. The prepubescent female's vagina secretes blood after the dildo is removed. Only the hand of the adult holding the dildo is visible in the video.

d)     Illustrative File 4 is an approximately 20 second video that depicts a nude prepubescent female with her vagina and anus exposed. The prepubescent female is lying on her back with her legs spread apart and raised. An adult make inserts his penis into and thrusts it into the prepubescent female's anus multiple times. The prepubescent female's vagina and anus are exposed at the end of the video after the adult male's penis is removed from her vagina. Only the penis of the adult male is visible in the video.

18.     I contacted a Samsung law enforcement representative regarding the location of manufacture of Samsung Galaxy smart phones. The Samsung representative informed me that Samsung does not manufacture Galaxy smart phones in the United States. The Samsung representative further informed me that, based on identifying information I provided, they determined that REED PHILLIPS' Samsung Galaxy A16 was manufactured in India. Based on this information, as well as my training and experience, REED PHILLIPS possessed the CSAM described above on a device that had been transported in, or affected, interstate commerce.

6

## **CONCLUSION**

19.     Based on the facts set forth above, my training and experience, my consultation with other law enforcement officers, my review of the material found on the electronic devices described above, there is probable cause to conclude that on or about April 2, 2026, in the Northern District of California, Kyle Andrew REED PHILLIPS knowingly possessed child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).   Accordingly, I respectfully request that the Court issue a criminal Complaint and warrant for REED PHILLIPS' arrest.

I declare under penalty of perjury the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

_____/s/_____

**Kevin Tighe**
Special Agent

Sworn and subscribed to me by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on this 15th day of July, 2026.

_____
HON. PETER H. KANG
United States Magistrate Judge

7